FILED

Okeisha L. Austin, In Pro Se
5875 Los Santos Way
Buena Park, CA. 90620
(714) 476-0599 | Public Fax
austinlkeisha@gmail.com

2018 DEC 18 PM 3:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY (AW)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

OKEISHA L. AUSTIN,

Plaintiff,

vs.

DRA, INC. AKA DEL RICHARDSON & ASSOCIATES, INC. and all of their subsidiaries, beneficiaries, and alliances; DELBRA RICHARDSON PRICE, CURREN PRICE PERSONALLY AND INDIVIDUALLY, FRANK MENDEZ PERSONALLY AND INDIVIDUALLY, OSCAR MARQUEZ PERSONALL AND INDIVIDUALLY, DIONICIO MARQUEZ PERSONALLY AND INDIVIDUALLY, MARITSA GARCIA PERSONALLY AND INDIVIDUALLY, 1-1000, ET AL.

DEFENDANTS,

---

MICHAEL MARINOFF, personally and individually, CHRISTOPHER MCCARTHY aka Chris Mott Acree, personally and individually and all subsidiaries, alliances, and beneficiaries, CHRIS JOHN MOTT personally and individually and all subsidiaries, alliances, and beneficiaries, COLLEGE HOSPITAL, INC. and their subsidiaries , beneficiaries, and alliances, FACEBOOK, Inc. and all their subsidiaries, beneficiaries, and alliances, CRISPR.COM and all of their subsidiaries, beneficiaries, and alliances, YOUTUBE, Inc. and all of their subsidiaries, beneficiaries, and alliances, PINTEREST, INC. and all of their subsidiaries, beneficiaries, and alliances, INSTAGRAM, INC., and all of their subsidiaries, beneficiaries, and alliances, LEEPS LAW ENFORCEMENT SYSTEMS, GLOBALLY, and all of their subsidiaries, beneficiaries, and alliances, APPLE, INC. and all their subsidiaries, beneficiaries, and

Case No.: UNASSIGNED

**SACV18-02242 AG (DFMx)**

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 1

alliances, GOOGLE, INC., and all of their subsidiaries, beneficiaries, and alliances, Daymond John, Shark Tank and all of their subsidiaries, beneficiaries, RETURN TO ME, INC. and all of their subsidiaries, beneficiaries, and alliances, ORACLE, INC. and all their subsidiaries, beneficiaries, and alliances, et al, 1-1000,

CO- DEFENDANTS.

I, Okeisha L. Austin, the named Plaintiff herein and the VICTIM of the extreme sexual harassment, visual sexual harassment, harassment in a very hostile working environment, extreme body shaming via covert cyberstalking surveillance spyware and hacking intelligence systems violating all of the named Plaintiff's 1st, 4th, and 14th Amendment Rights per *Bolling v. Sharpe* to name a few, obstructing my day-to-day life all day every day in the workplace that continued afterhours in my very private life. The undersigned Plaintiff was further victimized in the display of lewd comments resulting in aggravated abuse daily by DRA, Inc. continuing to allow gross viewing pleasures of using pornographic videos and phrases in the subject bar using this and other measures for disambiguate texting, harsh and malicious comments online in emails, ads, social media platforms such as Pinterest, Facebook, Instagram, verified pages of actors in Hollywood and of the world, television stars, set in motion using password keystroke detection devices, spoofing phishing intelligence systems using encoding in all telecommunications devices such as cellular telephones, laptops in Plaintiff's possession, as well as hacking into Microsoft Word Online 365 linking the office account to the Plaintiff's personal account of same. DRA, Inc. continued to utilize their workplace access, alliances, and affiliations afterhours downloading the same encoding and intelligence systems into all of Plaintiff's corresponding IP addresses of the home WIFI and all other locations visited by plaintiff, even after the plaintiff was fired on May 9, 2017, the day after yet another incident was reported and grossly neglected and mishandled on or about May 8, 2017. This type of unlawful intrusion, gross obstruction, grave psychological trauma and torture occurred all day long at DRA, Inc. and up and until the very present, beginning in the very hostile working environment of Del Richardson and Associates, Inc., then linked back to their affiliations and associations to the above-referenced Defendants and participants in this matter. Moreover, during daily outings the undersigned further learned that not only was she the victim of gross and grave cyberstalking, that she too was a

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 2

victim of gross and grave stalking evident by the random occurrences of strange men showing up at various locations terrifying the plaintiff sending chills up her spine which also signified that one of the named defendants herein knew all of the locations beforehand that the plaintiff would visit. Numerous police reports have been filed with the local law enforcement agencies as well as a civil Restraining Order in the Fullerton Superior Court, Northern District, yet as of today's date, the obstruction has blocked her protection in all facts and has continued to malign her life in all areas. This Complaint will further serve to confirm the facts that the undersigned Plaintiff was first referred to DRA, Inc., by WorkForce/EDD, Inc. and their employee Elisa Taylor-Gomez, located in Inglewood, California whom has a close personal relationship with Michael Marinoff of WorkForce/One-Stop in Garden Grove, California, all of whom were instrumental in solidifying the undersigned Plaintiff's employment date of hire of April 11, 2016, to DRA, Inc., the employer who caused the plaintiff to suffer gross infringement of civil liberties, gross psychological trauma and torture as notated herein, violating all ECOA and EEOC Guidelines and Regulations resulting in EEOC Charge No. 480-2017-03121 was filed on October 12, 2018, and were those who created access for their employees, alliances, and affiliations to then grossly enrich upon all of which Plaintiff, Okeisha L. Austin, innovations, ideas, talents, intellectual property and all other personal property stolen from the undersigned setting in motion the subject matter of this Complaint and corresponding remedy for damages of this matter in their entirety, in addition to seeking remedy to halt all retaliatory actions by the named Defendants and all others discovered at a later date. This Complaint and all items contained herein includes but is not limited to monetary damages for all aspects of this subject complaint contained herein, the extreme psychological trauma, torture, and obstruction that has not ceased that is now resulting in plaintiff's need for a federal protection order and all other remedies the court deems to be necesary, not only for the undersigned Plaintiff and her entire family from the daily retaliation of the above-referenced named defendants but, as a VICTIM and Whistle blower as outlined in the Federal Whistle Blowers Protection Act afforded to all citizens under the United States of America. The following will serve to confirm and further substantiate Plaintiff's claims for grave sexual harassment, grave visual sexual harassment, harassment, gross and grave psychological torture and trauma in a very hostile environment as well as gross negligence of all individuals involved whom violated Plaintiff's ECOA Rights, the State of California's EEOC

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 3

Guidelines and Regulations, Hatch ACT Laws, Cyberstalking Laws, all State, Federal, and Local privacy laws, Whistleblower Laws, Employment Development Department Fraud, placing Plaintiff in an extremely harmful and terrifying situation to date and, after this was revealed to her employer, Del Richardson and Associates, Inc. also known as DRA, Inc. and DRAINC.com together with all of their subsidiaries such as Oracle, Inc., Daymond John of the Shark Tank, Russel Simmons, and all Stalkers, Cyberstalkers, and climbers whom hacked similar to *USA v. Nosal, et al.*, whom were hired by said Defendants and Plaintiff's former employer as an employee and, as a consulting agent, and all others too numerous to name herein, in the form of retaliation against the plaintiff for learning, discovering, and reporting the gross enrichment, attacks on her natural life, attacks on her personal life, attacks on her financial life, using Plaintiff's sphere of influence, all known and unknown associations online and contacts both personally and professionally, as a hate campaign to stifle her voice against filing the very valid Charge with EEOC and the subsequent Complaint herein and remedy for damages in the amount of $5,500,000,000, as follows;

On or about October 1, 2015, the named Plaintiff herein, Okeisha L. Austin, entered a state-funded course entitled Executive Management Course designed for Veterans yet, the undersigned was allowed to attend due to a special agreement had between the instructor and the funding source that being WorkForce Edge and One-Stop of Garden Grove, California and Anaheim, California. During this course, the undersigned was instructed to bring her laptop to the class as were all Veteran Students in attendance so as to review the laptop for errors and to clear-up any foreseeable problems that might limit our ability to complete the class Human Resources Project. Per Instructor Michael Marinoff's request, all laptops were provided to his assistant and significant other for said technical review. After the course ended, and in approximately January of 2016, as the undersigned was seeking gainful employment, she was then referred to Elisa Taylor-Gomez of the Workforce, Inc. that acted in the capacity of an Employment Development Department in Inglewood, California. Ms. Taylor-Gomez then provided I, Okeisha L. Austin, with further leads in conjunction with Mr. Michael Marinoff and his staff as this was a service included in the fee for the Executive Management Course yet, Ms. Taylor-Gomez provided the lead that eventually became my employment of record with Del Richardson and Associates, Inc. located at 510 So. La Brea Avenue, Inglewood, CA. 90301 making

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 4

approximately $21.00 an hour as the Lead Project Coordinator on the Veterans Administration contract structured to provide approximately 800 homeless United States Veterans with immediate housing using the Veteran's Administration as a resource and guide. It was during this time that the named Plaintiff, Okeisha L. Austin, encountered sexual harassment, visual sexual harassment, harassment, cyberstalking using retaliatory phishing and spyware applications, artificial intelligence, and spyware designed to provide the entire office and their alliances and subsidiaries access to gross unlawful viewing practices in the workplace and the home of the named plaintiff, hacking, and an extreme violation of all the undersigned's ECOA rights and liberties afforded in the Constitution of the United States of America and in violating the undersigned by failing to adhere to all California EEOC Guidelines, Requirements, and Responsibilities subjected to all employers in both State and Federal Jurisdictions causing all matters of and/or related to Del Richardson and Associates, Inc. to be then set in motion.

On or about April 16, 2016, Plaintiff, Okeisha L. Austin, was hired by Del Richardson and Associates, Inc. after it was discovered by the owners, that the Homeless Veterans contract with the Veteran's Administration was failing and needed a new individual and face to oversee the program and to restructure it in its entirety. The undersigned Plaintiff, was hired in the Capacity of a Lead Project Coordinator over not only the Veteran's Administration's Homeless Veterans contract but of the homeless adults in a subsequent contact with St. Joseph's Medical Center. During my employment at Del Richardson and Associates, Inc., the Plaintiff, was given a private office using a company desktop that was discovered to be the "main" computer tower of the office at a later date when a Company Wells Fargo Checking Account Page was displayed yet closed inside of the history of the computer reflecting how many times the Wells Fargo Account had been accessed using the Plaintiff's desktop. This type of harassment was continued throughout the undersigned's employment. Eventually, chairs were shifted around almost every night when the undersigned was moved to a much smaller office exchanging a standard and smaller chair the undersigned used Monday through Friday for an oversized chair for a much larger person. As musical chairs were played, it was clear that I was being retaliated against for merely being in the office and having discovered not only someone using my Desktop after hours without my permission placing all fingers in my direction should anything unlawful occur regarding the corporate Wells Fargo Account but further discovering that

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 5

the office was viewing me unlawfully all day using unlawful webcams and other viewing intelligence systems without written and oral consent and, that was NOT structured in the Employee Manager of the Office obligating all staff members to adhere to. The undersigned Plaintiff, was further retaliated against when given voluminous adverse job assignments requiring several individuals to complete over a period of many days yet the undersigned was forced under extreme pressure to complete all assignments much faster than the other staff of which it was noted that the males were typically treated more fairly and with much more instruction and higher pay. The Plaintiff, was very isolated in the office and without proper instruction on all assignments and, all the while being visually sexually harassed via a "Webcamgate and Servergate", alarm systems using an application on the communication devices of upper management, tracing; viewing; and listening intelligence systems such as wire taps and application intelligence similar to Return To Me software and algorithms that was downloaded into all of Plaintiff's telecommunications devices in all of her personal and professional cell phones, Hotspots, computer systems including but not limited to her ACER NOM and Apple AirMAC used only at home, allowing remote viewing pleasures unlawfully and without the undersigned's consent. As Defendant continued to report the hacking, stalking, and unlawful viewing matters to the Upper Management, Office Manager, and staff, further retaliation ensued as did the stalking and hacking. The hacking and stalking then grew into greater matters online when my personal and professional Google Gmail, Facebook, Pinterest, Instagram, Pandora Radio, YouTube accounts were hacked into while at work signifying unlawful entry and a total breach of the defendant's privacy as well as all Federal Intelligence Act Laws yet, I never used my personal social media accounts at work as there were applications on my cellular telephone if needed. The cyberstalking grew into a large scale hate campaign using my personal and professional Google Gmail G-Suite Accounts so much so requiring the undersigned to against look into the "viewing history" of all sites visited on the office desktop utilized by the undersigned noticing that all of the Google Gmail Accounts, both personal and professional hacked into and then used for stalking and viewing unlawfully, were forwarded to an "OFF-SITE LOCATION," without the undersigned's written and oral consent as well. Please see the attached Exhibit for your perusal and entered herein as evidence. Once the Plaintiff learned that her Google Gmail G-Suite personal and professional accounts were forwarded to an "OFF-SITE LOCATION," an

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 6

email was sent to all upper management whom were present in the office on that day alerting them to the hacking issues and the subsequent forwarding of the accounts and history. The Defendant's former Chief Operating Officer, Joseph Williams, visited the Plaintiff's desk that very same day and, after viewing the printouts attached herein as exhibits reflecting the history and it's forwarded nature, was then asked "why did you print that out". Absolutely NOTHING was done by Mr. Williams to remedy this matter in either direction other than my being transferred upfront to as the Office Receptionist adding more responsibility to my plate which appeared to be further retaliation in reporting a very hostile working environment and with corresponding unlawful visual sexual harassment using office equipment. It is the Plaintiff's assertion that the entire staff participated in the unlawful visual sexual harassment and harassment in a very sexist and retaliatory hostile environment as their actions against I, Okeisha L. Austin, grew worse and the attacks became very personal when I, Okeisha L. Austin, pursued questioning others in the staff to see if they were perhaps involved or knew anything about what was occurring online and in the unlawful viewing segments using not only the "Webcamgate and Servergate" but further viewing intelligence software using cloud platforms and intelligence later discovered to an Oracle, Inc. design, evidenced in the attached screenshot taken using my Apple Cellular Telephone showing an algorithm that would go in and out of the Plaintiff's computer all day yet eventually captured in a screenshot. The attacks were further evidenced in my Apple Cellular Telephones that is hereby entered into as evidence using Serial NOS.: Iphone 5s 352029063116878, IC-579C, E2642A, China Model A14553, FCC ID BCG E2642A; ACER NOM S/D LXPLY020449480E5972000, SNID 94805877520, Aspire 7740-5691; Apple AirMac Laptop, Serial No: C02L30LMFH51, IC4324A, BRCM1072 TM Class B; Iphone 4s, IC579C, E2430A, FCCID BCG E24930A, Model A1387 (China), EMC 2430, showing photos of some of the perpetrators, the videos displayed, as well as many of the attacks that occurred during this time whose records of all social media accounts, telephone records texting and all calls, and showing IP Addresses of those involved and the unlawful Federal Cell Phone Trees and other intelligence equipment used will be subpoenaed into evidence substantiating the undersigned's claims that she was not only hacked but severely stalked, maligned with this lawsuit and further matters against she and her family members, but without a voice making her a "perfectly quieted victim" being forced to endure all of the crimes indicated herein sexually, financially, emotionally, and

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 7

otherwise, as she was a felon on federal probation adhering to all of the requirements as such and enduring the shame of the office of confronting their personal angst against those maligned with a background in front of the entire office staff during an office meeting when Dave Gebhard stated "we heard prisoners crying out from your office" and then all staff laughed at me of which made me extremely depressed and appalled as Delbra Richardson Price and asked that I "not say a word about my past to anyone," yet she did to all of the staff as this was not the first time the staff had attacked me in front of others maligning me with their extreme disdain towards my presence in the office. The office made it a point to then point out in subsequent office meetings in the office that the one who was visually sexually harassing I, Okeisha L. Austin, was my Supervisor, Frank Mendez. Both Mr. Dave Gebhard and the Chief Operating Officer, Joseph Williams, strongly suggested that all fingers should be pointed in the direction of my Supervisor, Frank Mendez, regarding unwanted access in the undersigned's Microsoft 365 Online Account, personal Facebook Accounts of both Keisha Austin and Sunny Day, Pinterest, Instagram, and YouTube Accounts and, uploading various videos to my personal cell phone out of the blue sending lewd "text messages" body grossly and maliciously body shamming I, Okeisha L. Austin, all day and harassing the undersigned with corresponding telephone calls of which when answered the caller would simply hang up, emails with lewd structured information, calling the undersigned a "whore" and telling everyone on Facebook that the undersigned had HPV and HIV which was NOT the truth defaming I, Okeisha L. Austin, yet is extremely hard to overcome for her entire life as the very lewd pictures, comments, and defaming information was placed onto all public forums online making it public records. Furthermore, Mr. Gebhard and Mr. Williams inferred that Mr. Mendez was the sexual violator making it appear that they too were involved and being blamed; however, they were redirecting all of the responsibility back towards Mr. Frank Mendez as a way of creating confusion and a stir in what appeared to be the DRA, Inc.'s attempts at overcoming the entire staff's involvement in the visual sexual harassment in the office and in the privacy of my own home utilizing office equipment, unlawful listening and viewing devices and systems egotistically and maliciously displaying their further angst in lewd photos of my body and home environment, in my cellular phone as show I, Okeisha L. Austin, exiting the shower, got dressed for the day, during gym outings at 24hr Fitness in Cypress, and while I slept and prayed in the comfort of my own home on a daily basis all the while

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 8

mocking me continuously. The laughter around the office grew into more convenience office pleasures and harassment so much so, that no one took anything the undersigned said or did seriously. The mocking and laughter spilled heavily over into how the office viewed me and, my personal beliefs as a Christian when Marlen Ramirez, Monica Owens, and Tracey Powell, sought out assistance from I, Okeisha L. Austin, through prayer in overcoming various life issues in their relationships and otherwise yet, Dave Gebhard and others complained that my quiet reservations about my life and faith was too much for them which continued to occur through various office comments by Michael Quijano, my former immediate Supervisor prior to Frank Mendez receiving a promotion, indicating that "I was very stupid for fasting" when only divulged after being asked to attend an after-hours event and, the undersigned declined and numerous office employees. Everyone in the office was aware that I was a devout Christian which was evidenced by my very quiet nature and the responses to the inquires made in response to "what I did over the weekend" of which, I responded "spending time with my son and daughter and, attending church." It was further understood by all staff and upper management where I stood regarding after hours activities when inquired about why I was abstaining from associating with they after hours and, during work which was nothing more than an established professional distance , the undersigned responded in confidence to Michael Quijano that she was fasting and praying for biblical reasons and, he responded that it was "very stupid for me to do that" signifying that he didn't like my Christian Faith yet it was further learned he was an is an Atheist and utilized Witcraft. Things further grew against me in retaliation against my devout Christian Faith when Christian crosses that were hung in the office and other Christian replicas were then removed and "new age" portraits and statutes were displayed in their place all over the office replacing what was once Christian and, with emails being sent to the CEO, Delbra Richardson Price, complaining every evening that not only was my faith walk bothering some but that my choice of voting as a Republican was bothering some as well.  Mr. Gebhard took it upon himself to acknowledge loudly in the common area of DRA, Inc. in front of the entire staff including the Supervisor, that he was the one emailing Delbra Richardson Price, the CEO and the COO Joseph Williams, complaining every night about my Republican vote, the colors I wore to the office in support of my Republican vote after President Donald J. Trump having been elected as the President of the United States of America, making fun of me belittling I, Okeisha

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 9

L. Austin, and how “women didn’t really want to work” which was just one of many of his very sexist comments perfumed around the office, how he was German and not Jewish in a very gruff manner displayed in front of tenants entering the office in the front waiting for assistance from one of the Relocation Assistants, and how he didn’t like my devout Christian Faith over and over all in emails to Delbra Richardson Price and announced in his “foghorned” voice his against against my conservative Republican vote but of that of my devout Christian Faith daily. Mr. Gebhard and others were extremely flagrant win their opposition against I, Okeisha L. Austin, in every form and fashion. It was very evident to the Defendant, that the build-up and increase in the forced departure of I, Okeisha L. Austin, was strategized using everything the office disliked about I, Okeisha L. Austin, personally, such as the fact that I was “a woman with a very disgusting body and stupid” evidenced in the extreme bullying online and office vernacular by Dave Gebhard and others; in YouTube videos; on Pinterest by all office employees; in maligning the plaintiff's devout Christian faith; defaming the defendant’s by inserting very private data from the plaintiff's female medical chart on Facebook and sending corresponding emails using phishing analysis software reinforcing their position and claims; denial of advancement of the undersigned’s position utilizing retaliatory measures to hold the undersigned back such as lying about matters concerning the Defendant’s whereabouts and work product all the while increasing the work assignments and work requirements over and above everyone else in the office and requiring greater detail; enquiring that the undersigned adhere to greater standards of arrival times although special approval was provided by Delbra Richardson Price upon hiring for an arrival time of 9:30 a.m. so as to avoid the traffic faced in driving from her residence in Orange County, California an hour and a half away to her place of employment at DRA, Inc., in Inglewood, California. The court should know and learn that the undersigned was the only single-parent employee in the office and was asked continuously by COO, Joseph Williams, who was prodded by Dave Gebhard suggesting that I have someone else oversee my parental responsibility, laughing at mocking I, Okeisha L. Austin, for being a Mother and darting eyes at others in the meeting to confirm their position as well further creating an atmosphere of hate and angst towards anything that concerned I, Okeisha L. Austin. Assignments of work were further given to the undersigned without any instruction, yet others received a variety of instruction and extra support of which the defendant thought to be very racist in nature as it was the Hispanics and

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 10

darker skinned African-Americans that were treated with greater respect and allowed higher positions and pay. This too was further evidenced when DIO Marquez's Mother passed away, the Office Manager, Maritsa Garcia, sent an email to the entire DRA, Inc. staff requesting only "ROSARY" prayers and none other violating my rights as a devout Christian to pray any way I choose and, a violation of my 1st and 14th Amendment Rights afforded to the undersigned Plaintiff and outlined in the Constitution of the United States of America. The undersigned learned that Marlen Ramirez was being given special favors and foresight in the offices' affairs and grave sexual and visual sexual maligning, signifying that perhaps she was aware of unlawful tendencies occurring in the office, the sexual harassment, visual sexual harassment, and the violation of all of my ECOA Civil Liberties, as she too was a participant in all of it and, aware of the online and workplace bullying and the hacking of my hospital medical charts at Pioneer Medical Group. Ms. Ramirez too suggested Frank Mendez was the "main individual" viewing me and harassing me all day long yet, her remedy in overcoming all sexual harassment, visual sexual harassment, and ECOA violations was to have I, Okeisha L. Austin, "put tape over the "WEBCAMgate" and turn off the WIFI on your personal APPLE Cell phone every day both at the office and at home" of which, I thought was extremely strange, and revealing she knew about all of it. Additionally, as Ms. Ramirez participated in their after-hours activities with Nicaraguan Gang Alliances and Affiliations on the "Day of the Dead" at Knott's Berry Farm, that went against my devout Christian Faith, it was further revealed that this co-worker was a suspect in a mysterious murder and referred to Delbra Richardson Price's criminal attorney associate for assistance in overcoming the potential criminal charges of homicide. Moreover, due to all of the afore-mentioned together, the undersigned was very nervous all day and extremely depressed in this very hostile environment placing I, Okeisha L. Austin, under extreme pressure seeking gainful employment elsewhere as someone from the office during this time, took it upon themselves to send YouTube videos online suggesting that "someone who was stalking was now gone and perhaps out of the way" which all took place around the mysterious murder of Marlen Ramirez's male friend who fell off a cliff in Palos Verdes, California that was later investigated as a homicide yet closed after Marlen Ramirez indicated she was not aware how the deceased turned up without clothing on Redondo Beach, California. This all appeared to be a coo against I, Okeisha L. Austin, to not only malign my life and background further with a new ME2 Visual

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 11

Sexual Harassment Case and all other related matters yet used Marlen Ramirez's death as a scare tactic in addition to all of the other ideas that was occurring against me deemed to be personal attacks against my life in all facets. All of the matters surrounding the investigation and closure of the mysterious death took place prior to the undersigned's departure of May 9, 2017 when I, Okeisha L. Austin, was fired after reporting a very hostile environment and harassment via an email the day before on May 8, 2017 yet told by the COO, Joseph Williams, on May 8, 2017, that "you are not alone in this matter."

To date, the large-scale HATE CAMPAIGN and psychological warfare, has been fueled by further angst by those from Del Richardson and Associates, Inc. employees, of which are all pervasive and, designed to severely malign, defame, and to forcibly and unlawfully place I, Okeisha L. Austin, in further grave situations as a way of rendering my future testimony regarding this and further matters, ineffective in court and under oath, to "stifle my voice as a victim using force such as death threats and extortion techniques," a compulsion of the 5th Amendment and, requiring the assistance of some in greater positions to remedy this matter and ultimate STOP the hatred and retaliation, revealing that those in charge of the Hate Campaign against my life are fueling their workplace violence that began on April 16, 2016, using visual sexual harassment techniques and angst of their rejection to further their refusal and cause of not "letting go" even after my severed employment by "firing I, Okeisha L. Austin," occurring on May 9, 2017 unlawfully and forcibly. DRA, Inc.'s continual daily contact measures using actual and disambiguate means to stalk, hack, malign, for their personal gratification and, to further their HATE RETALIATION CAMPAIGN against I, Okeisha L. Austin, has now spilled over into using artificial intelligence, private associations with Time Warner Communications and Spectrum Cable Television WIFI Hacking Intelligence into the IP Address of the address located at 5875 Los Santos Way, Buena Park, CA 90620 by some such as Christopher McCarthy aka Chris Mott Acree and his brother Chris John Mott (evidenced by Clifford Albright, Esquire divulged at the hearing for a Restraining Order filed by the undersigned on or about April 29, 2018, against Frank Mendez, Delbra Richardson Price, Martisa Garcia, and Christopher McCarthy aka Chris Mott Acree, et al.), has forever altered and maligned my life in all ways such as financially, emotionally, and spiritually as their obstruction steers me away from gainful employment, proper protection, and towards further maligning of having to

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 12

report matters to law enforcement explaining the situation and crafty intelligence means, created by their fueled hatred against I, Okeisha L. Austin, and my very valid ME2 Lawsuit against Del Richardson and Associates, Inc. aka DRA, Inc., all subsidiaries and associations and, because I notated on my Employment Development Department application for benefits that I was harassed yet, it was more than what was reported as the undersigned Defendant, did not wish to reveal all parties affiliated with this matter as they are political and financial GIANTS subjecting I, Okeisha L. Austin, to further very vulnerable situations maligning my life with a visual sexual harassment case, sexual harassment, harassment, and an extreme violation of all of my ECOA rights. The established Charge issued by EEOC framing the reasons for the charges against Del Richardson and Associates, Inc. aka DRA, Inc.'s, irresponsibility in protecting I, Okeisha L. Austin, and their corresponding violations of all the undersigned Plaintiff ECOA and EEOC civil rights, has been substantiated herein and, Plaintiff hereby requests the Federal Courts of the United States of America to file said Complaint and Request for Damages and Request for the issuance of a Federal Indictment and Federal Restraining Order immediately so as to remedy this matter in its entirety.

In conclusion, Del Richardson and Associates, Inc. also known as DRA, Inc. and all their employees in both Inglewood, California and Henrietta, New York locations, all DRA, Inc. alliances, subsidiaries, associations and, alliances and associations had with Russell Simmons of Def Comedy Jam (the nephew of Delbra Richardson Price); Curren Price the 9th District City Councilman of Los Angeles, California; Daymond John of the Shark Tank and their subsidiaries; Return To Me Software and Intelligence Application Systems and corresponding algorithms created by Daymond John and endorsed by the Shark Tank, Inc.; Oracle, Inc. and Mark Hurd the acting CEO at the time of the afore-mentioned incident; Michael Marinoff and Elisa Taylor Gomez together with WorkForce and One Stop in both Garden Grove and Inglewood, California; the State of California and current Governor; DRA, Inc's Consulting Agents in all capacities hired to dismantle and severely malign the life of I, Okeisha L. Austin daily resulting in grave sexual abuse both visually and by way of mass information intelligence; loss of property such as intellectual property, loss of innovations, loss of income, defamation of character, severe and grave emotional damage causing severe depression are hereby placed on notice by the filing of this Complaint

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 13

and Request for Damages. This entire matter has and is being utilized in victim blaming of the sexual violence that the perpetrators are evoking on the undersigned plaintiff using pornographic media, extreme online bullying, violation of email privacy laws (Doe v. City of San Bernardino), First Amendment Rights demoting and dismissing an employee unlawfully to a position less than that hired for and qualified for, violating of plaintiff's 4th Amendment Rights requiring "the right of the people to be secure in their persons, houses, papers and effects…, inexcusable neglect by the DRA, Inc. Administration and all of their subsidiaries, alliances, and affiliations; violation of plaintiff's 5th Amendment Rights whereby plaintiff's "private property shall not be taken without just compensation per the United States Constitution using TV, radio, cellular phones, Facebook, Pinterest, Instagram, YouTube, blog, and Computers and all other disambiguate means known and unknown too numerous to name herein yet may be material evidence at a later date upon the filing of this Complaint and Request for Damages.

Dated this 18th Day of December, 2018.

Okeisha L. Austin, Plaintiff In Pro Se

COMPLAINT FOR SEXUAL HARASSMENT, VISUAL SEXUAL HARASSMENT, HARASSMENT VIA EXTREME CYBERSTALKING USING ARTIFICIAL INTELLIGENCE AND WEBCAM VIEWING CONVERTERS AND, INFRIGEMENT OF ALL CIVIL LIBERTIES AND, VIOLATION OF ALL ECOA & EEOC REGULATIONS AND REMEDY FROM RETALIATORY ACTIONS BY DEFENDANTS AFFORDED UNDER THE CONTITUTION OF THE UNITED STATES AND AS OUTLINED IN THE WHISTLEBLOWERS ACT OF THE UNITED STATES OF AMERICA - 14