# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 18-02242-AG(ADSx) | Date | April 3, 2019 |
|---|---|---|---|
| Title | Okeisha L. Austin v. DRA, Inc., et al. | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                             None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

On March 11, 2019. the Court granted Defendants' Motion to Dismiss, gave Plaintiffs until April 1, 2019 to file an amended complaint. As of this date and time, no amended complaint has been filed.

The Court, on its own motion, hereby ORDERS Plaintiff, to show cause in writing no later than **April 12, 2019,** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiffs, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

X   Plaintiff's First Amended Complaint

X   Notice of Voluntary Dismissal (FRCivP 41)

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.

                                                            -        :     -

                                       Initials of Deputy Clerk    mku

cc: