# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JS-6

### CIVIL MINUTES – GENERAL

| Case No. | SACV 18-02242-AG(ADSx) | Date | April 15, 2019 |
|---|---|---|---|
| Title | Okeisha L. Austin v. DRA, Inc., et al. | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On March 11, 2019, the Court granted Defendant's Motion to Dismiss Plaintiff's Complaint [13] and gave Plaintiff gave 21 days to amend her complaint.   Plaintiff did not amend her complaint within the allotted time.

On April 3, 2019, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before April 12, 2019 why this action should not be dismissed for lack of prosecution.   On April 11, 2019, Plaintiff filed a response to the Court's Order to Show Cause [31] that did not sufficiently answer the Court's Order.

Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [30] issued on April 3, 2019 discharged.

                                                              -     :     -

Initials of Deputy Clerk   mku

cc: